IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIM CASTLEMAN,

     Plaintiff,                                No. CIV S-03-2319 WBS  PAN (GGH) PS

     vs.

SACRAMENTO COUNTY,                              ORDER

     Defendant.

_____/

         The hearing on plaintiff's "motion for relief and summary judgment," presently scheduled for May 25, 2006 before Magistrate Judge John F. Moulds, is hereby vacated and rescheduled as set forth below. This case will soon be reassigned to the undersigned magistrate judge who will then consider the summary judgment motions of both plaintiff and defendant, the latter presently calendared for hearing on July 20, 2006 before Judge Moulds. Accordingly, both plaintiff's motion for summary judgment filed March 24, 2006, and defendant's motion for summary judgment filed May 17, 2006, are hereby rescheduled for hearing before the undersigned on Thursday, July 20, 2006, at 10:00 a.m., in Courtroom #24.

DATED: 5/19/06

                                       /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

NOW: 06:CASTLEMAN.reschedule.wpd