**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
David A. Melton, SBN 176340
Molly M. Ryan, SBN 228646
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481 Office
(916) 927-3706 Facsimile

Attorneys for Defendant COUNTY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM CASTLEMAN,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF SACRAMENTO,<br><br>        Defendant.<br>_____/ | CASE NO.   2:03-CV-02319 WBS<br>                        PAN(GGH)<br><br>**STIPULATION OF DISMISSAL AND ORDER**<br><br>**[FRCP 41(a)(1) and (2)]**<br><br>Complaint Filed: 11/06/03 |

      All parties respectfully submit the following Stipulation of Dismissal and Order as follows:

      1.    Defendant COUNTY OF SACRAMENTO has agreed to withdraw its pending Motion for Summary Judgment which is scheduled on July 20, 2006. Plaintiff TIM CASTLEMAN has agreed to withdraw his pending motions also scheduled to be heard on July 20, 2006.

      2.    Although the COUNTY OF SACRAMENTO does <u>not</u> believe it has any liability in this case, in order for plaintiff TIM CASTLEMAN to agree to dismiss the case, George Hills Company, claims administrators handling this case on behalf of the COUNTY OF SACRAMENTO, has agreed to privately advise the Sacramento County Board of Supervisors and the Sacramento County Sheriff's Department regarding this case and plaintiff TIM CASTLEMAN's concerns about

the detention of war protesters and California Welfare and Institutions Code § 5150, and the citizen complaint process/civilian oversight of the Sheriff's Department.

   3.  As a result, it is hereby stipulated by and between plaintiff TIM CASTLEMAN and defendant COUNTY OF SACRAMENTO, all the parties to this action, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2). Each side to bear their own attorneys' fees and costs.

**IT IS HEREBY STIPULATED.**

Dated:

              By _____
                Tim Castleman, Plaintiff Pro Se

Dated:             PORTER, SCOTT, WEIBERG & DELEHANT
                A Professional Corporation

              By _____
                David A. Melton
                For COUNTY OF SACRAMENTO

**ORDER**

In consideration of the Stipulation entered by the parties, the <u>Castleman v. County of Sacramento,</u> United States District Court, Eastern District of California, Case No. 2:03-CV-02319 WBS PAN(GGH) is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2).

**IT IS SO ORDERED.**

Dated: July 24, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CASE: **CASTLEMAN v. COUNTY OF SACRAMENTO, et al.**
COURT: UNITED STATES EASTERN DISTRICT COURT
CASE NUMBER: 2:03-CV-02319 WBS PAN(GGH)

## DECLARATION OF PROOF OF SERVICE

I am a citizen of the United States and a resident of Sacramento County, California. I am over the age of eighteen years and not a party to the within above-entitled action. My business address is 350 University Avenue, Suite 200, Sacramento, California.

On July 24, 2006, I served a copy of the following documents:

**STIPULATION OF DISMISSAL AND ORDER**

by enclosing them in an envelope as addressed below and

_X_   **PLACING** the envelope for collection and mailing on the date and at the place(s) shown below following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___   **DEPOSITING** the sealed envelope with the United States Postal Service with the postage fully prepaid.

___   **BY PERSONAL SERVICE**. I delivered the above-listed document(s) by hand to the office of the person(s) listed below.

___   **BY FACSIMILE**. I caused the above-listed document(s) to be transmitted by facsimile machine to the office of the person(s) listed below.

Tim Castleman
2312 Laredo Road
Sacramento, CA 95825

I declare under the laws of the State of California under penalty of perjury that the foregoing is true and correct.

Executed at Sacramento, California on July 24, 2006.

_____
Lindsey R. Goodwin